FILED
APR 4 - 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
Darrell WEATHERSPOON,
Defendant.

MAGISTRATE CASE NO. '13MJ1344

COMPLAINT FOR VIOLATION OF:

Title 18 U.S.C. §1591- Sex Trafficking of a Minor; 18 U.S.C. §2 Aiding and Abetting

The undersigned Complainant, being duly sworn, states:

On or about and between January 1, 2013 and March 20, 2013, within the Southern District of California, and in and affecting interstate and foreign commerce, defendant Darell WEATHERSPOON, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a person, to wit: a female minor (age – 17) knowing and in reckless disregard of the fact that the person (1) would be caused to engage in a commercial sex act; and (2) having a reasonable opportunity to observe the person and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years; in violation Title 18, United States Code, Sections 1591 and 2.

///

///

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Detective Eric Drilling
San Diego Police Department
Special ~~Deputy U.S. Marshal~~

Sworn to me and subscribed in my presence this 4 day of April 2013.

U.S. MAGISTRATE JUDGE

**STATEMENT OF FACTS**

On March 20, 2013, San Diego Police Department (SDPD) Detective Haughley and his vice team conducted an undercover street prostitution detail on El Cajon Boulevard, an area known for prostitution. During the operation, Detective Haughley picked up a female, later identified as a minor female (MF – age 17) and Breonna B., an adult, at 2700 El Cajon Boulevard. After a brief conversation, Breonna B. told Detective Haughley she needed to meet with her "sister" and got out of the vehicle. MF agreed to perform oral sex with Detective Haughley for $50. MF was arrested for prostitution. The surveillance team had Breonna B. stopped and arrested for loitering for means of prostitution.

MF and Breonna B. were admonished of their Miranda rights and agreed to

speak to detectives. MF told Det. Bales that she was working as a prostitute and Breonna B. was her "homeboy's" girlfriend, later identified as Erick Holloway, a.k.a. "Lil Black Jess." MF said she gave money to Holloway to pay for a hotel room for Holloway and Breonna B. from MF's prostitution proceeds the night before at the Motel 6 in San Ysidro, CA. SDPD later determined the hotel room identified by MF was rented in Holloway's name.

Det. Bales interviewed Breonna B. about the incident after she waived her Miranda rights. Breonna B. stated MF's pimp is Defendant Darrell Weatherspoon. Weatherspoon is a gang associate of Breonna B.'s boyfriend, Holloway. Weatherspoon is currently in state custody. Breonna B. stated that prior to being taken into custody, Weatherspoon spoke with Holloway and Breonna B. about keeping MF "in pocket" while he is in custody. Weatherspoon instructed Holloway to manage MF's prostitution acts and put the proceeds on his jail account. Holloway was also there to ensure MF didn't leave Weatherspoon for another pimp. Breonna B. said that Holloway agreed. Breonna B. stated that MF worked as a prostitute for Weatherspoon for three months. Breonna B. said she knew that MF was only 17 years old. Breonna said she told Holloway that "working with [MF] would be trouble."

Breonna B. stated on March 19, 2013, the day after Weatherspoon's arrest,

Breonna B. and MF went to El Cajon Boulevard and worked as prostitutes. Breonna B. collected the proceeds from MF's prostitution activities ($60) and gave the proceeds to Holloway. Breonna B. stated that she was there for security reasons, but also makes her own money. Some of the proceeds paid for the hotel they were staying in, some were for food, and the rest was being saved to put on Weatherspoon's jail account.

Breonna further said that on March 20, 2013, she and MF went to El Cajon Boulevard and worked as prostitutes again. Breonna B. gathered the proceeds ($40) from MF again. Breonna B. and MF were later arrested by SDPD. Breonna B. had $130 in her possession and MF did not have any money. Breonna B. stated the $130 were proceeds from commercial sex acts.

During our investigation, Det. Bales listened to several "Jail Calls" made by Weatherspoon while he was in state custody on unrelated charges. These calls are linked to Weatherspoon through his booking number and PIN, which he has to enter when he makes the calls. The calls were made between March 18-19, 2013.

One call was Weatherspoon calling Malikaha Easter, who is listed as his girlfriend on Weatherspoon's personal information sheet with the Sheriff's Office. Weatherspoon directs Easter to contact MF via Facebook. Weatherspoon refers to MF as his "bitch" and "hoe." This is a term commonly used by pimps to refer to the

females working for them as prostitutes. During the call, Weatherspoon tells Easter to tell MF her "daddy" is locked up and she needs to put money on his books. "Daddy" is a common term pimps direct their prostituted victims to refer to them as. "Books" is a term used to describe in inmates jail account, which he can purchase items with. Weatherspoon tells Easter to e-mail Holloway to tell Weatherspoon's "bitch" to go out there and get it (money). He also tells Easter to get a hold of Holloway and give him some money.

During the same call, Easter tells Weatherspoon MF wasn't answering her message. Weatherspoon says MF is probably out "trapping" because she doesn't get any "breaks." "Trapping" is a term used to refer to obtaining money through prostitution or other illegal means. Easter tells Weatherspoon that MF responded to her e-mail stating she (MF) will put money on Weatherspoon's books every other day and save the rest of the money for when he gets out.

Weatherspoon also made several phone calls to Desirae Humphrey, the mother of his child. During these phone calls Weatherspoon explains to Humphrey he was getting money from MF. Weatherspoon tells Humphrey he loves her and is just trying to "knock the hoes." "Knock the hoes" means to recruit females to make money by means of prostitution.

On March 27, 2013, Det. Bales went to George Bailey Detention Facility and

interviewed Weatherspoon. He was advised of his Miranda rights which he waived. Weatherspoon admitted to making the calls and saying some of the statements in the recorded jail calls. However, Weatherspoon denied making several of the statements. Det. Bales recognized Weatherspoon's voice to be consistent with the voice he heard on the jail calls.

On March 27, 2013, Det. Bales met with Desarie Humphrey who confirmed she had the phone conversations with Weatherspoon while he was in custody. Humphrey also confirmed MF was a prostitute and Weatherspoon was getting money from MF from her commercial sex acts.